**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6894**

_____

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

    v.

ANIF CHRISTOPHER WILLIAMS,

                Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.  James P. Jones, Chief
District Judge.  (3:93-cr-00010-jpj-2)

_____

Submitted:  September 11, 2008    Decided:  September 17, 2008

_____

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Anif Christopher Williams, Appellant Pro Se. Thomas Jack Bondurant,
Jr., Assistant United States Attorney, Roanoke, Virginia, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anif Christopher Williams appeals the district court's order denying his 18 U.S.C.A. § 3582(c) (West 2000 & Supp. 2008) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Williams, No. 3:93-cr-00010-jpj-2 (W.D. Va. May 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED